

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00120-CR

_____

SERGIO MALDONADO FACUNDO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-16-25804

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Court Reporter Charla Reamy recorded the trial court proceedings in appellate cause number 06-17-00120-CR, styled *Sergio Maldonado Facundo v. The State of Texas*, trial court cause number CR-16-25804 in the 336th Judicial District Court of Fannin County, Texas. The reporter's record was originally due in this matter on July 11, 2017. That deadline was extended twice by this Court, resulting in the most recent due date of September 11, 2017. Reamy has now filed a third request for an extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we order Reamy to file the reporter's record in appellate cause number 06-17-00120-CR, styled *Sergio Maldonado Facundo v. The State of Texas*, trial court cause number CR-16-25804 in the 336th Judicial District Court of Fannin County, Texas, to be received no later than the close of business on Wednesday, October 11, 2017.

If the reporter's record is not received on or before October 11, we warn Reamy that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   September 19, 2017